FILED

09 SEP 16 AM 9: 25

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 09 80 253 MISC

George A. Juarez - # 075295

_____/

### ORDER TO SHOW CAUSE

It appearing that George A. Juarez has been suspended by the California Supreme Court due to noncompliance with Rule 9.22 for failure to contribute to Child and Family Support, effective August 26, 2009.

**IT IS ORDERED**

That respondent show cause in writing on or before October 22, 2009 as to why he should not be suspended from the practice of law before this court, pending further notice from the State Bar of California.

Dated:

VAUGHN R WALKER
United States District Chief Judge

Mailing Address:
George A. Juarez
Attorney At Law
3527 Mt. Diablo Blvd., Ste. 322
Lafayette, CA 94549